UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION (BOSTON)

| | | |
|---|---|---|
| DAVE LENARTZ, Individually and on Behalf of All Others Similarly Situated, | ) ) | No. 1:11-cv-10582-WGY |
| | ) | |
| Plaintiff, | ) | CLASS ACTION |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN SUPERCONDUCTOR CORPORATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| KEITH CHUN, Individually and on Behalf of All Other Persons Similarly Situated, | ) ) | No. 1:11-cv-10610-WGY |
| | ) | |
| Plaintiff, | ) | CLASS ACTION |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN SUPERCONDUCTOR CORPORATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

[Caption continued on following page.]

NOTICE OF MOTION AND MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

**ORAL ARGUMENT REQUESTED**

| | |
|---|---|
| KENNETH GODT, Individually and on Behalf of All Others Similarly Situated, | No. 1:11-cv-10653-WGY |
| | CLASS ACTION |
| Plaintiff, | |
| vs. | |
| AMERICAN SUPERCONDUCTOR CORPORATION, et al., | |
| Defendants. | |

| | |
|---|---|
| L. A. MURPHY, Individually and on Behalf of All Others Similarly Situated, | No. 1:11-cv-10665-WGY |
| | CLASS ACTION |
| Plaintiff, | |
| vs. | |
| AMERICAN SUPERCONDUCTOR CORPORATION, et al., | |
| Defendants. | |

| | |
|---|---|
| PHILIP H. GRIFFIN, Individually and on Behalf of All Others Similarly Situated, | No. 1:11-cv-10707-WGY |
| | CLASS ACTION |
| Plaintiff, | |
| vs. | |
| AMERICAN SUPERCONDUCTOR CORPORATION, et al., | |
| Defendants. | |

[Caption continued on following page.]

628777_1

| | |
|---|---|
| JEANNE V. FOSTER, Individually and on Behalf of All Other Persons Similarly Situated, )<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN SUPERCONDUCTOR CORPORATION, et al.,<br><br>Defendants. | No. 1:11-cv-10743-WGY<br><br><u>CLASS ACTION</u> |
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN SUPERCONDUCTOR CORP., et al.,<br><br>Defendants. | No. 1:11-cv-10849-WGY<br><br><u>CLASS ACTION</u> |

628777_1

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Plumbers and Pipefitters National Pension Fund (the "Pension Fund") hereby moves this Court for an order: (1) consolidating the above-captioned cases pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing the Pension Fund as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and (3) approving the Pension Fund's selection of Robbins Geller Rudman & Dowd LLP as lead counsel.[1] In support of this Motion, the Pension Fund submits the accompanying Memorandum of Law and the Declaration of Bonny E. Sweeney.  The Pension Fund also respectfully requests oral argument if its motion is opposed.

DATED:  June 6, 2011                              ROBBINS GELLER RUDMAN
                                                    & DOWD LLP
                                                  BONNY E. SWEENEY (BBO#552855)
                                                  DARREN J. ROBBINS
                                                  DANIELLE S. MYERS


                                                  _____
                                                         s/BONNY E. SWEENEY
                                                         BONNY E. SWEENEY

                                                  655 West Broadway, Suite 1900
                                                  San Diego, CA  92101
                                                  Telephone:  619/231-1058
                                                  619/231-7423 (fax)

---

[1]     Local Rule 7.1(a)(2) requires a counsel to certify that they have conferred and have attempted in good faith to resolve or narrow the issue presented by the motion.  Because of the PSLRA's lead plaintiff procedure, however, the Pension Fund will not know which other class members, if any, may seek appointment as lead plaintiff until after motions are filed. Consequently, the Pension Fund respectfully submits that Local Rule 7.1(a)(2)'s pre-motion conferral requirement is not practicable in this narrow instance.  If any other class members file a motion, the Pension Fund will endeavor to ascertain whether its motion will be opposed.

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
Telephone:  202/362-0041
202/362-2640 (fax)1

Additional Counsel for Plaintiff

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 6, 2011, I authorized the electronic filing of the foregoing with

the Clerk of the Court using the CM/ECF system.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on June 6, 2011.

s/ BONNY E. SWEENEY
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:bonnys@rgrdlaw.com